# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

THOMAS ERIC NELSON, JR.,

    Plaintiff,

v.

C.O. BEAHM, C.O. SON TAG,
P.D. TORRIA VAN BUREN, and
C.O. SHMELCER,

    Defendants.

Case No. 18-CV-632-JPS

**ORDER**

    Earlier today, the Court issued an order screening Plaintiff's original complaint and addressing several other motions. (Docket #15). The Court's order was issued improvidently. Unfortunately, the Court had overlooked the fact that Plaintiff submitted an amended complaint in June 2018. The amended complaint seeks to name new defendants and state new claims. (Docket #9). The amended complaint should have been screened, not the original complaint. The Court will, therefore, vacate its August 22 screening order in its entirety. The Court will promptly screen the amended complaint and address any pending motions.

    Accordingly,

    **IT IS ORDERED** that the Court's August 22, 2018 screening order (Docket #15) be and the same is hereby **VACATED**.

    Dated at Milwaukee, Wisconsin, this 22nd day of August, 2018.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge