# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THOMAS ERIC NELSON, JR.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOSEPH BEAHM, KEVIN SONNTAG,<br>LACEE SMELCER, KYLE DEMERS,<br>and WAYNE BAUER,<br><br>　　　　　　Defendants. | Case No. 18-CV-632-JPS |
| THOMAS ERIC NELSON, JR.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JACOB DORN, ZACHARY KESKE,<br>BRIAN FOSTER, JACOB<br>GRIPENTROG, KYLE DEMERS, and<br>TANNER LEOPOLD,<br><br>　　　　　　Defendants. | Case No. 18-CV-1434-JPS |
| THOMAS ERIC NELSON, JR.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JACOB DORN, CPT. KYLE TRITT,<br>and JESSE JONES,<br><br>　　　　　　Defendants. | Case No. 18-CV-1435-JPS<br><br>**ORDER** |

On December 14, 2018, Plaintiff filed a motion seeking to cease collection of the filing fees in each of these cases while the cases are pending.

18-CV-632, (Docket #32); 18-CV-1434, (Docket #18); 18-CV-1435, (Docket #16). These motions will be denied. Plaintiff chose to file each of these actions and, upon filing, incurred the filing fee. *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998); *Newlin v. Helman*, 123 F.3d 429, 434 (7th Cir. 1997). Indeed, most litigants must *prepay* the full filing fee, but Plaintiff was permitted to proceed without doing so. Plaintiff should have considered the cost of litigation before filing. The fact that the cost now causes Plaintiff financial difficulty is no excuse for nonpayment.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to cease collection of the filing fees in this matters, 18-CV-632, (Docket #32); 18-CV-1434, (Docket #18); 18-CV-1435, (Docket #16), be and the same are hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 14th day of January, 2019.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge